**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARLO GUEVARA,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00050-ART-CLB<br><br>**ORDER GRANTING ECF No. 60** |

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for December 10, 2025, at 1:00 PM, be vacated and continued to **January 6, 2026, at 1:00 PM PM**. before U.S. District Judge Anne R. Traum in Reno Courtroom 6.

DATED this 9th day of December, 2025.

_____
Anne R. Traum
United States District Judge